department, entered November 19, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, and a question of fact only was involved.

*Alex Thain* for motion.

*Joseph J. Cunningham* opposed.

Motion denied, without costs.

---

HUTCHINSON SOUTHGATE, as Trustee under the Will of CHARLES L. R. HUTCHINSON, Deceased, Appellant, *v.* THE CONTINENTAL TRUST COMPANY OF THE CITY OF NEW YORK et al., Respondents, and RENEE C. SOUTHGATE et al., Appellants and Respondents.

*Southgate* v. *Continental Trust Co.,* 74 App. Div., 150, appeal dismissed.
(Submitted January 5, 1903; decided January 13, 1903.)

MOTION to dismiss appeals of defendants Renee C. Southgate and others from a judgment of the Appellate Division of the Supreme Court in the first judicial department, which modified, and affirmed as modified, a judgment of Special Term construing the last will and testament of Charles L. R. Hutchinson, deceased.

The motion was made upon the ground that the said appellants had failed to perfect their appeal by filing the undertaking required by section 1326 of the Code of Civil Procedure.

*Oliver J. Wells* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs against said defendants.